IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SHARON B. ELLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 107-066 |
| | ) | |
| MASTERS ECONOMY INNS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R & R"). While Plaintiff did not file an objection to the R & R, she did file a "Motion for Leave to File Out of Time Response or Opposition." (Doc. no. 23). In this motion, Plaintiff explains that she had moved and thus, she had not received the R & R until the time to object had passed. (Id.). Other than providing her current address and requesting a five-day extension to submit her objections to the R & R, Plaintiff does not otherwise provide any indication as to what substantive response she hopes to provide the Court concerning the recommendation for dismissal of her case based on her failure to pay an initial partial filing fee.

By Order dated May 14, 2007, Plaintiff was directed to pay a $50.00 partial filing fee and was warned that failure to do so may result in the recommendation of dismissal of her case. While Plaintiff never objected to the May 14th Order, neither did she pay the $50.00. Accordingly, by Order dated July 5, 2007, the Magistrate Judge provided Plaintiff with an

additional ten days to pay the $50.00, and again warned Plaintiff that failure to pay would undoubtedly result in the recommendation of dismissal of her case. Plaintiff did not respond to the July 5th Order.

In keeping with the multiple warnings, on August 7th, the Magistrate Judge recommended dismissal of Plaintiff's case. Now, four days after the deadline to object to the Magistrate Judge's R & R, Plaintiff filed a motion to extend time to object to the R & R.[1] Curiously, Plaintiff offers no explanation why she has not paid the $50.00, nor does she indicate that she intends to pay the $50.00. The Court has given Plaintiff every opportunity to comply with its Orders, and Plaintiff failed to do so at her own peril. Thus, the motion for an extension of time is **DENIED**.

In sum, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, pursuant to Loc. R. 4.2(2) and 41.1(b) & (c), this case is **DISMISSED** without prejudice because Plaintiff failed to pay the $50.00 partial filing fee, and this civil action is **CLOSED**.

SO ORDERED this 17 day of September, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge entered his R & R on August 7, 2007; Plaintiff did not provide the Court with her new address until August 29, 2007. Moreover, it appears Plaintiff failed to provide the Court with a valid mailing address since early July 2007, approximately one month before the R & R was entered. See Ellison v. Greenville Hotel, Inc., CV 107-007 (S.D. Ga. July 9, 2007) (noting that the R & R dated July 9, 2007 was returned on July 19th as undeliverable because Plaintiff no longer resided at the address on file with the Court). Plaintiff had ample time to update the Court's records in lieu of filing an out of time motion for extension of time.

2